IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD FUENTES,

        Plaintiff,                   No. CIV S-07-2343 FCD GGH P

    vs.

R. SEARS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 27, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 14, 2008 request for an extension of time (Docket #9) is granted;

        2. Plaintiff is granted until June 11, 2008, to file an amended complaint; and

        3. There will be no further extension of time.

DATED: 04/22/08

                                         /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
fuen2343.36