# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FLOYD D. FUENTES,

    Plaintiff,

v.

R. SEARS, *et al*.,

    Defendants.

Case No. 2:07-cv-02343-LDG

**ORDER**

    Previously, the Court dismissed plaintiff's claims against defendants Felker and Bishop, with leave to amend. In so doing, the Court discussed the deficiencies of plaintiff's complaint against these defendants.

    Although plaintiff filed an amended complaint, it remains deficient as to these defendants.

    As to defendant Bishop, plaintiff suggests, in a footnote to his complaint, that he can maintain his due process claim pursuant to *Ramirez v. Galaza*, 334 F.3d 850 (9th Cir. 2003). In *Ramirez,* however, the appellate court permitted such a claim to go forward based upon allegations of "'atypical and significant hardship on the inmate in relation to the ordinary incidents of prison life.'" *Ramirez,* at 859 (quoting *Sandin v. Conner*, 515 U.S. 472, 483-84, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995)). Such allegations are absent from

plaintiff's amended complaint.  Defendant Bishop will be dismissed, but plaintiff will be granted leave to amend within thirty days.

As to defendant Felker, plaintiff has not alleged any facts that cure the deficiencies previously identified by the Court.  Rather, plaintiff names Kernan as an additional defendant in the amended complaint.  The amended complaint, however, suffers the same deficiencies as to Kernan as it does regarding Felker.  Defendants Felker and Kernan will be dismissed with prejudice.

Accordingly,

THE COURT **ORDERS** that Plaintiff's claims against Felker and Kernan are dismissed with prejudice for the reasons discussed above and for the reasons discussed in the Court's prior order.

THE COURT FURTHER **ORDERS** that Plaintiff's claims against Bishop are dismissed with leave to file an amended complaint within thirty days from the date of service of this Order.  Failure to file an amended complaint will result in the dismissal of Bishop from this action with prejudice.

Upon filing an amended complaint or expiration of the time allowed therefor, the court will make further orders for service of process upon some or all of the defendants.

DATED this ___29___ day of March, 2011.

_____
Lloyd D. George
United States District Judge