# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FLOYD D. FUENTES,

    Plaintiff,

v.

R. SEARS, *et al.*,

    Defendants.

Case No. 2:07-cv-02343-LDG

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Plaintiff's Motion for 60-Day Extension of Time (#15) is DENIED as moot;

    THE COURT FURTHER **ORDERS** that Plaintiff's Motion for Appointment of Counsel (#18) is DENIED;

    THE COURT FURTHER **ORDERS** that Plaintiff's Request for a Copy of All Filings (#21) is DENIED.

    DATED this ___29___ day of March, 2012.

                                                          Lloyd D. George
                                                         United States District Judge