# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FLOYD D. FUENTES,

    Plaintiff,

v.

R. SEARS, *et al.*,

    Defendants.

Case No. 2:07-cv-02343-LDG

**ORDER**

Previously, in February 2012, the Court granted plaintiff leave to file an amended complaint within thirty days from the date of service of the Order. In granting leave, the Court expressly noted that the failure to timely file an amended complaint would result in dismissal of this action with prejudice. The plaintiff has not filed an amended complaint. Accordingly,

THE COURT **ORDERS** that this matter is DISMISSED with prejudice.

DATED this 19 day of September, 2012.

_____
Lloyd D. George
United States District Judge